# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2015

## NO. 03-12-00768-CV

**Tony Davis, Appellant**

**v.**

**Deutsche Bank National Trust; Morgan Stanley Mortgage Capital 1, Inc.;
Saxon Mortgage, Inc.; Mortgage Electronic Registration Systems, Inc.;
John Cottrell; and Locke Lord LLP, Appellees**

### APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the district court on June 25, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.